Herman J. Schachtrup, Appellee, v. The Union Automobile Indemnity Association, Appellant.

Gen. No. 9,480.

Heard in this court at October term, 1939; opinion filed February 14, 1940. Victor P. Michel and Stone & Taylor, for appellant; Charles F. Short, Jr., of counsel; E. T. O'Connor, John F. Dougherty and Thomas S. Hession, Jr., for appellee. Opinion by Justice Dove. ''Not to be published in full.''